No. 90–901. ALEXANDER v. EVANS & DIXON LAW FIRM ET AL. C. A. 8th Cir. Certiorari denied. 

No. 90–902. LAMPL v. FOUR D MANUFACTURING CO. ET AL. C. A. 3d Cir. Certiorari denied. 

No. 90–903. EVANS ET AL. v. TWIN FALLS COUNTY ET AL. Sup. Ct. Idaho. Certiorari denied. 

No. 90–908. CHRISTENSEN v. INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied.

No. 90–912. FARRIS v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 90–915. RICHARDS v. SUBURBAN TRUST CO. ET AL. Ct. Sp. App. Md. Certiorari denied. 

No. 90–919. REEL ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. 

No. 90–923. LAMB ET AL. v. PHILIP MORRIS, INC., ET AL. C. A. 6th Cir. Certiorari denied. 

No. 90–924. RAMOS v. BRADY, SECRETARY OF THE TREASURY. C. A. 5th Cir. Certiorari denied. 

No. 90–927. COUNTY OF LOS ANGELES v. BRATT ET AL. C. A. 9th Cir. Certiorari denied. 

No. 90–928. STEIL v. LIEBERMAN ET AL. C. A. 2d Cir. Certiorari denied. 

No. 90–934. HERNANDEZ v. RICE, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied. 